# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:25-CR-00076** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JOSEPH LOUIE THOMPSON** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for report and recommendation. After an independent review of the record, and noting the Defendant's WAIVER OF OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 24], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 29] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the PLEA AGREEMENT [Doc. 27] filed into the record of these proceedings, the guilty plea of the Defendant, Joseph Louie Thompson is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the INDICTMENT [Doc. 10], consistent with the REPORT AND RECOMMENDATION. [Doc. 29].

THUS, DONE AND SIGNED in Chambers on this 20th day of June 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE